IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Robert DeShetler, Jr., et al., | Case Nos. 3:18 CV 78, 3:18 CV 85 |
| Plaintiffs, | JUDGMENT ENTRY |
| -vs- | JUDGE JACK ZOUHARY |
| FCA US LLC, et al., | |
| Defendants. | |

For all the reasons stated in this Court's accompanying Memorandum Opinion and Order, the Motions to Dismiss (Docs. 18, 20) are granted and this case is dismissed.

IT IS SO ORDERED.

                                            s/ *Jack Zouhary*
                                            JACK ZOUHARY
                                            U. S. DISTRICT JUDGE

                                            November 30, 2018